FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 11 2020

JAMES N. HATTEN, Clerk
By: Deputy Clerk

Mr. Shawe Gazaway: Deputy in Charge

I Jullius Scott Dorsey Prays that you or someone in your Division will understand my situation's and help me. This is Accurate and true facts of the knowledge that I have and knew about White County Sheriff's Office, White County Police Dept., Enotah Judicial Circuit, and Dahlonega Parole and Probation Office are known to be Racist, they Racial Profile African Americans, Hispanic, and any other Race thats not White Americans. Me and my family have been fighting Hate, Racism, Discrimination, Perjury, Accusations, Racial Profiling, Police Brutality, Threats and Harassment, Misconstruction of Abuse and Power, Racially Motivated Misconduct of Officers, False Imprisonment, Violations of Fourth, Fifth, Sixth, and Fourteenth Amendments, Cruel and Unusual Punishment, Stereotyping, Violation of Equal Protection, Due Process, and Conflict of Interest. I am going through this right now as I am writing you, and I Fear For myself, and my Family because of the lawsuites that I am now filing. My wife Amy Dorsey has a recording of me making a statement on my behalf about my well being and about my safety here in the White County Detention Center. I have been incarcerated since Oct., 7, 2019 for Technical Violations, and was given an harsh sentence because of my color, and because of the False charges that I was accused of. I will explain more, and I will give you the accurate and true evidence of and on everything, and about every Judge, District Attorney, People in general, and of every Officer and Official involved. I pray that you and whoever else will help me. I'm trying to get the F.E.D.S., Internal Affairs, The NAACP, the FBI, and whoever else that will see and know that I'm being violated, mistreated, accused, discriminated against, etc..., by this County, the Judges, The District Attorney's, The Sheriff's Dept, and the Cleveland Police Dept.

Respectfully Submitted
Jullius Scott Dorsey

This 5 day of May, 2020

copy

Julius Scott Dorsey
210 Hulsey Rd G-2
Cleveland, GA. 30528
NCDC

Shane Gazaway
Sidney O. Smith Federal Building
United States Courthouse
121 Spring Street S.E. Room 201
Gainesville, GA. 30501-3789

30501-378951